UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN A. FOSSETT, Administratrix of the Estate of ROBERT W. FOSSETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, <br><br> Defendant. | CIVIL ACTION <br> NO. 06 CA 12293 JLT |

## CORPORATE DISCLOSURE STATEMENT
## OF JETBLUE AIRWAYS CORPORATION

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, defendant, JetBlue Airways Corporation ("JetBlue"), a Delaware corporation with a principal place of business at 118-29 Queens Boulevard, Forest Hills, New York 11375, states the following:

1. JetBlue has no parent company.

2. No publicly held corporation owns ten percent (10%) or more of JetBlue's stock.

JETBLUE AIRWAYS CORPORATION,

By its attorneys,

/s/ Wendy E. Millette
Ralph T. Lepore, III (BBO No. 294420)
ralph.lepore@hklaw.com
Wendy E. Millette (BBO No. 647865)
wendy.millette@hklaw.com
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: May 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants, Anthony Tarricone, Esquire, James D. Gotz, Esquire as attorneys for Karen A. Fossett, as identified in the Notice of Electronic Filing.

/s/ Wendy E. Millette
Wendy E. Millette

# 4441056_v1