UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN FOSSETT,
        Plaintiff,


        V                              CA 06-12293-JLT


JETBLUE   AIRWAYS CORP.,
      Defendant.


SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

    The court having been advised on September 9,  2008,  by  counsel

for the  parties that the above action has been settled:

        IT  IS  ORDERED  that  this  action  is  hereby  dismissed  without  prejudice  to

reconsideration and possible re-opening if within 90 days of this order a motion is filed

which represents that the terms of the settlement agreement have not been performed

and there is good cause for the  non-performing party or parties to have failed to perform.



                                        Zita Lovett,
                                             /s/
                                         Zita Lovett
                                        Deputy Clerk

September 9, 2008