UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN A. FOSSETT, as Administratrix of the Estate of ROBERT W. FOSSETT, JR.<br><br>Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>Defendant. | CIVIL ACTION<br>NO. 06-CA-12293-JLT |

## **STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii), the parties herein stipulate to the dismissal of the captioned action on behalf of Karen A. Fossett, individually and as Administratrix of the Estate of Robert W. Fossett, Jr. against the defendant, JetBlue Airways Corporation, with prejudice, without costs, and with all rights of appeal waived.

Respectfully submitted,

| KAREN A. FOSSETT, AS ADMINISTRATRIX OF THE ESTATE OF ROBERT W. FOSSETT, JR.<br>By her attorneys, | JETBLUE AIRWAYS CORPORATION<br>By its attorneys, |
|---|---|
| */s/*<br>James D. Gotz (BBO #567157)<br>Anthony Tarricone (BBO #492480)<br>KREINDLER & KREINDLER, LLP<br>277 Dartmouth Street<br>Boston, MA 02116<br>(617) 424-9100 | */s/*<br>Ralph T. Lepore, III (BBO #294420)<br>Elizabeth Mitchell (BBO #638146)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |

Dated: October 22, 2008

# 5605069_v1